UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 17-05192
Teresa Davis )
) Chapter: 13
) Honorable Timothy Barnes
)
)
Debtor(s) )

**Order Denying Discharge**

This matter coming before the Court on Trustee's Motion, due notice having been given, IT IS HEREBY ORDERED: Debtor shall not be granted a discharge in this case.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: May 04, 2017

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee
Marilyn O. Marshall
Suite 800
224 South Michigan Avenue
Chicago, IL 60604-2500
(312) 431-1300